UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRMA HANDLOWA PRIMA and ZDZISLAW NOGA, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH TELUCH, CKS WARTA SOCCER CLUB and WALLY'S MARKET III, INC., an Illinois corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No.: ) ) ) ) ) ) ) |

**08 C 1232**

**JUDGE BUCKLO**
**MAGISTRATE JUDGE NOLAN**

## COMPLAINT

NOW COMES, the Plaintiffs FIRMA HANDLOWA PRIMA ("PRIMA") and ZDZISLAW NOGA ("NOGA"), by and through their attorneys, Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, P.C., complaining of the Defendants, JOSEPH TELUCH ("TELUCH"), CKS WARTA SOCCER CLUB ("WARTA") and WALLY'S MARKET III, INC. ("WALLY'S"), allege and state as follows:

### NATURE OF THE CASE

1. Plaintiffs bring this action for damages and arising from their sale and delivery of consumer goods to the Defendants for a period of 2004 through 2006. A summary of the goods sold by PRIMA and delivered to Defendants, and amounts owed therefore by Defendants, are attached hereto as Exhibit "A". The Defendants, and each of them, owe Plaintiffs $100,324.40 as full and final payment for the aforesaid goods.

### PARTIES

2. Plaintiff PRIMA is a Polish national company, doing business from and resident at its principal office located at Ul. Grzegorzecka 79, 31-559 Krakow, Poland. Plaintiff NOGA is a

principal of PRIMA and its President.

3. Defendant TELUCH is the organizer of, agent for and President of WARTA, which upon information and belief, operates as an unincorporated association. TELUCH and WARTA reside and do business from an office at 220 South Roselle Road, Schaumburg, Cook County, Illinois.

4. Defendant TELUCH is an employee of WALLY'S and acted as the agent of WALLY'S by purchasing of the subject goods from PRIMA for sale by WALLY'S at retail to the public.

## JURISDICTION

5. This Court has jurisdiction of this case under 28 U.S.C. §1332(a), since the matter in controversy exceeds the sum of $75,000 and is between citizens of the State of Illinois and a citizen of Poland.

## VENUE

6. Venue is proper in this Court pursuant to 28 U.S.C. §1391(a).

## FACTUAL ALLEGATIONS

7. Defendant TELUCH placed orders for consumer goods with PRIMA and received shipments of all of those ordered goods, as described in the invoices attached hereto as Group Exhibit "B".

8. TELUCH, on behalf of himself, WARTA and WALLY'S ordered the goods listed in Group Exhibit B from Plaintiffs, intending that the goods be resold from WALLY'S retail locations and that he, WARTA and WALLY'S would profit from the retail sale.

9. WALLY'S received the subject goods upon shipment to the United States from Poland, and upon information and belief WALLY'S sold the goods from one or more of its retail

stores located in Chicago and Niles, Illinois, for its own account and the account of TELUCH and WARTA.

10. Plaintiffs and TELUCH have stated and agreed that the net amount due and arising out of the dealings between them as alleged herein, to be $100,324.40. Demand was made by Plaintiff to Defendants in that amount, TELUCH agreed to pay, but has not made payment.

11. In addition to $100,324.40, the Defendants are responsible to Plaintiffs for interest thereon on account of unreasonable and vexatious delay per applicable Illinois law.

WHEREFORE, Plaintiffs respectfully pray for judgment against Defendants JOSEPH TELUCH, CKS WARTA SOCCER CLUB and WALLY'S MARKET III, INC., and each of them in the amount of $100,324.40 plus interest and costs of suit, and any other relief this Court believes to be just.

### JURY DEMAND

Plaintiffs demand jury trial on all matters set forth in this Complaint where permitted by law.

Respectfully submitted,

Plaintiffs, FIRMA HANDLOWA PRIMA
and ZDZISLAW NOGA


By: /s/ Andrew Y. Acker
    One of their attorneys

Andrew Y. Acker
Kenneth T. Kubiesa
David M. Gower
Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, P.C.
105 South York Street, Suite 250
Elmhurst, Illinois 60126
(630) 516-1800