# EXHIBIT A

**08 C 1232**

**JUDGE BUCKLO**
**MAGISTRATE JUDGE NOLAN**

|      |           |            | DUE          |            | PAYMENT     |
|------|-----------|------------|--------------|------------|-------------|
| 2002 | Invoice 5 | 7/26/2002  | $14,858.65   | 5/10/2005  | $5,000.00   |
|      | Invoice 9 | 12/5/2002  | $12,688.27   | 9/27/2005  | $9,000.00   |
| 2003 | Invoice 2 | 6/9/2003   | $10,939.18   | 10/28/2005 | $9,000.00   |
|      | Invoice 4 | 10/3/2003  | $14,369.21   | 1/6/2006   | $13,000.00  |
|      | Invoice 5 | 11/26/2003 | $7,243.24    | 2/9/2006   | $9,000.00   |
| 2004 | Invoice 1 | 2/12/2004  | $5,027.78    | 3/23/2006  | $5,000.00   |
|      | Invoice 2 | 2/12/2004  | $8,599.17    | 4/28/2006  | $10,000.00  |
|      | Invoice 3 | 5/6/2004   | $8,357.63    | 6/6/2006   | $5,000.00   |
|      | Invoice 4 | 5/6/2004   | $9,783.68    | 9/20/2006  | $4,500.00   |
| 2005 | Invoice 1 | 8/3/2005   | $9,240.09    |            |             |
|      | Invoice 2 | 8/3/2005   | $7,050.72    |            |             |
|      | Invoice 3 | 11/4/2005  | $30,436.60   |            |             |
| 2006 | Invoice 1 | 2/21/2006  | $14,012.39   |            |             |
|      | Invoice 2 | 5/10/2006  | $17,217.79   |            |             |
|      |           |            | $169,824.40  |            | $69,500.00  |

DUE minus PAYMENT =        $100,324.40

| for: | Invoice 2 | 2/12/2004  | $4,225.50   | rest of invoice |
|------|-----------|------------|-------------|-----------------|
|      | Invoice 3 | 5/6/2004   | $8,357.63   |                 |
|      | Invoice 4 | 5/6/2004   | $9,783.68   |                 |
|      | Invoice 1 | 8/3/2005   | $9,240.09   |                 |
|      | Invoice 2 | 8/3/2005   | $7,050.72   |                 |
|      | Invoice 3 | 11/4/2005  | $30,436.60  |                 |
|      | Invoice 1 | 2/21/2006  | $14,012.39  |                 |
|      | Invoice 2 | 5/10/2006  | $17,217.79  |                 |
|      |           | all together: | $100,324.40 |              |



EXHIBIT A