AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS    **SUMMONS IN A CIVIL CASE**

FIRMA HANDLOWA PRIMA and
ZDZISLAW NOGA

CASE NUMBER:    08 C 1232

V.

ASSIGNED JUDGE:    Judge Bucklo

JOSEPH TELUCH, CKS WARTA SOCCER
CLUB and WALLY'S MARKET III, INC.,
an Illinois corporation

DESIGNATED
MAGISTRATE JUDGE:    Magistrate Judge Nolan

TO: (Name and address of Defendant)

Joseph Teluch
220 South Roselle Road, Unit 1521
Schaumburg, Illinois 60193

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew Y. Acker
Kenneth T. Kubiesa
Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, P.C.
105 South York Street, Suite 250
Elmhurst, Illinois 60126

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

APR 2 5 2008
DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE# 08 C 1232

AFFIDAVIT OF SPECIAL PROCESS SERVER

AFFIANT: Nancy Porter

Being first duly sworn on oath deposes and says that he/she was duly appointed by the Court to serve process in the above mentioned case and/or that he/she is a person over the age of 18 and not a party to this action and is authorized by statute to effect Service of Process according to Public Act #85-0907, effective 11-23-87, amending Chapter 110, Section 2-202, of the "Code of Civil Procedure," approved 8-19-81, as amended thereof.

That he/she served the within:

__X_SUMMONS & COMPLAINT
____CITATION TO DISCOVER ASSETS
____RULE TO SHOW CAUSE
____ORDER:
____SUBPOENA FOR TRIAL AND/OR DEPOSITION AND/OR RECORDS
____OTHER:

1. ____By leaving a copy with the within named defendant_____personally on_____.

2. __X_On the within named defendant___Joseph Teluch__by leaving a copy of same at his/her usual place of abode with___Katarzyna Teluch – wife -__a person of the household over the age of 13 and informed that person of the contents on ___5/20/08__and mailed a copy to __Joseph Teluch___at his/her usual place of abode on __5/20/08___.

3. ____On the within defendant company_____ by leaving a copy with _____ on _____.

4. That the sex, race, and approximate age of the person receiving documents are:
Sex __F___ Race ___W__ Approximate Age/DOB___28-30__.

5. That the place where and the date and time of service are as follows:
Place: 220 S. Roselle Rd # 640, Schaumburg  60193
Time: 6 : 45  AM

6. That he/she was unable to serve the within named defendant _____ for the reason _____.

SUBSCRIBED and SWORN
To before me this ___ day
of _____ 200_.

Nancy A. Porter
Midwest Investigations, Inc
#117-001161