AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS   **SUMMONS IN A CIVIL CASE**

FIRMA HANDLOWA PRIMA and
ZDZISLAW NOGA

CASE NUMBER:   08 C 1232

V.

ASSIGNED JUDGE:   Judge Bucklo

JOSEPH TELUCH, CKS WARTA SOCCER
CLUB and WALLY'S MARKET III, INC.,
an Illinois corporation

DESIGNATED
MAGISTRATE JUDGE:   Magistrate Judge Nolan

TO: (Name and address of Defendant)

Wally's Market III, Inc.
c/o Registered Agent
David H. Cutler
~~5550 W. Touhy Avenue, #400~~   8430 Gross Point Rd, Suite 201
~~Skokie, Illinois 60077~~   Skokie, IL 60077

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew Y. Acker
Kenneth T. Kubiesa
Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, P.C.
105 South York Street, Suite 250
Elmhurst, Illinois 60126

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

_Esperanza Arnold_ (signature)
(By) DEPUTY CLERK

APR 2 5 2008

DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE# 08 C 1232

AFFIDAVIT OF SPECIAL PROCESS SERVER

**AFFIANT: Nancy Porter**

Being first duly sworn on oath deposes and says that he/she was duly appointed by the Court to serve process in the above mentioned case and/or that he/she is a person over the age of 18 and not a party to this action and is authorized by statute to effect Service of Process according to Public Act #85-0907, effective 11-23-87, amending Chapter 110, Section 2-202, of the "Code of Civil Procedure," approved 8-19-81, as amended thereof.

That he/she served the within:

__X_ SUMMONS & COMPLAINT
___ CITATION TO DISCOVER ASSETS
___ RULE TO SHOW CAUSE
___ ORDER:
___ SUBPOENA FOR TRIAL AND/OR DEPOSITION AND/OR RECORDS
___ OTHER:

1. ___ By leaving a copy with the within named defendant_____personally on_____.

2. ___ On the within named defendant_____by leaving a copy of same at his/her usual place of abode with_____a person of the household over the age of 13 and informed that person of the contents on _____and mailed a copy to _____ at his/her usual place of abode on _____.

3. _X_ On the within defendant company___Wally's Market III & CKS Warta SoccerClub__ by leaving a copy with __Phil Cutler___ on __5/20/08___.

4. That the sex, race, and approximate age of the person receiving documents are:
Sex __M___ Race ___W__ Approximate Age/DOB___60-62__.

5. That the place where and the date and time of service are as follows:
Place: 8430 Gross Point Rd #201, Skokie  6007
Time: 8 : 10 AM

6. That he/she was unable to serve the within named defendant _____ for the reason _____.

SUBSCRIBED and SWORN
To before me this _____ day
Of _MAY_ _MAJOR_ 2008

_Nancy A. Porter_
Midwest Investigations, Inc
#117-001161