UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRMA HANDLOWA PRIMA and ZDZISLAW NOGA,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH TELUCH, CKS WARTA SOCCER, CLUB and WALLY'S MARKET III, INC., an Illinois corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 08 C 1232<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING AND**
**PROOF OF SERVICE**

TO:   See Attached Service List

The undersigned, being duly sworn on oath, states: On June 4, 2008, I caused to be filed electronically with the United States District Court-Northern District of Illinois:

**Alias Summons to Joseph Teluch with Affidavit of Service;**
**Alias Summons to Wally's Market III with Affidavit of Service; and**
**Alias Summons to CKS Warta Soccer Club with Affidavit of Service**

Respectfully submitted,

/s/ Andrew Y. Acker

Andrew Y. Acker
Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, P.C.
105 South York Street, Suite 250
Elmhurst, IL 60126
(630) 516-1800

## **PROOF OF SERVICE**

    The undersigned, an attorney, hereby certifies that he caused a true and correct copy of the foregoing **Notice of Filing** to be served electronically on June 4, 2008 upon all attorneys of record via ECF and via First Class U.S. mail, postage prepared, by depositing the same in the U.S. mail chute located in Elmhurst, Illinois according to their address of record as reflected on the attached Service List.

/s/ Andrew Y. Acker

Andrew Y. Acker
Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, P.C.
105 South York Street, Suite 250
Elmhurst, IL 60126
(630) 516-1800

## SERVICE LIST
Prima et al.
v
Teluch, et al
08 C 1232

Joseph Teluch
220 South Roselle Road, Unit 1521
Schaumburg, IL 60193

Wally's Market III, Inc.
c/o Registered Agent
David H. Cutler
8430 Gross Point Road, Suite 201
Skokie, IL 60077

CKS Warta Soccer Club
c/o Registered Agent
David H. Cutler
8430 Gross Point Road, Suite 201
Skokie, IL 60077