**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: **08 C 1232** |

FIRMA HANDLOWA PRIMA and
ZDZISLAW NOGA

V.

JOSEPH TELUCH, CKS WARTA SOCCER CLUB and
WALLY'S MARKET III, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JOSEPH TELUCH, CKS WARTA SOCCER CLUB and WALLY'S MARKET III, INC.**

| |
|---|
| NAME (Type or print) |
| **DAVID CUTLER** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ **david cutler/** |
| FIRM |
| Cutler & Associates, Ltd. |
| STREET ADDRESS |
| 8430 Gross Point Rd, Ste 201 |
| CITY/STATE/ZIP |
| Skokie IL 60077 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06204074 | 847/673-8600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐