U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                  Case Number: **08 C 1232**

FIRMA HANDLOWA PRIMA and
ZDZISLAW NOGA

V.

JOSEPH TELUCH, CKS WARTA SOCCER CLUB and
WALLY'S MARKET III, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOSEPH TELUCH, CKS WARTA SOCCER CLUB and WALLY'S MARKET III, INC.

| | |
|---|---|
| NAME (Type or print) <br> **DAVID CUTLER** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ **david cutler/** | |
| FIRM <br> Cutler & Associates, Ltd. | |
| STREET ADDRESS <br> 8430 Gross Point Rd, Ste 201 | |
| CITY/STATE/ZIP <br> Skokie IL  60077 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06204074 | TELEPHONE NUMBER <br> 847/673-8600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |