UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FIRMA HANDLOWA PRIMA and ZDZISLAW NOGA | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1232 |
| Vs. | ) ) | JUDGE: BUCKLO |
| JOSEPH TELUCH, CKS WARTA SOCCER CLUB and WALLY'S MARKET III, INC. | ) ) ) | MAGISTRATE JUDGE: NOLAN |
| Defendant. | ) ) | |

**DEFENDANT WALLY'S MARKET III, INC.
MOTION TO VACATE ANY TECHNICAL DEFAULTS AND FOR ENLARGEMENT
OF TIME TO FILE RESPONSIVE PLEADING**

Defendant, WALLYS MARKET III, INC. ("Market"), by its undersigned attorney, moves this court to vacate any technical defaults and grant it an enlargement of time to file a responsive pleading, if necessary, and in support thereof states as follows:

1. Defendant was served in this matter on May 20, 2008.

2. Defendant timely filed its appearance on June 6, 2008.

3. Since service of the complaint, Defendant has procured copies of all relevant documents *showing that it has paid for all merchandised purchased*. Such documents consist of all invoices and cancelled checks paying the same.

4. On June 13, 2008, Defendant tendered copies of all such documentation to Plaintiff so that Plaintiff can review the documents and determine whether it can – *in good faith* – proceed with its lawsuit against this Defendant.

5. Market asserts that it was *erroneously* sued and has forwarded all documentation to Plaintiff proving its assertion.

6. Plaintiff should be granted adequate time to review the documents tendered and

file an amended pleading striking Market as a defendant.

WHEREFORE, Defendant Wallys Market III, Inc., prays that this court vacate any technical defaults and set this matter for status within a reasonable period of time for Plaintiff to advise the Court whether it will voluntarily dismiss Market as a defendant or whether it intends to proceed with its claim, having been tendered proof of payments.

                                WALLYS MARKET III, INC.

                                By:   /s/ David Cutler
                                        One of its attorneys

David Cutler
Cutler & Associates, Ltd.
8430 Gross Point Rd, Ste 201
Skokie IL 60077
847/673-8600