UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FIRMA HANDLOWA PRIMA and ZDZISLAW NOGA | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1232 |
| Vs. | ) ) | JUDGE: BUCKLO |
| JOSEPH TELUCH, CKS WARTA SOCCER CLUB and WALLY'S MARKET III, INC. | ) ) ) | MAGISTRATE JUDGE: NOLAN |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   Andrew Y. Acker
      Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, PC
      105 South York Street, Ste 250
      Elmhurst  IL  60126

On June 20, 2008, at 9:30 a.m., or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bucklo, in her courtroom 1441 at 219 South Dearborn Street, Chicago Illinois, and then and there present a Motion to For Enlargement of Time to Answer or Otherwise Plead, attached hereto and hereby served upon you.

/s/ David Cutler
David H. Cutler

**PROOF OF SERVICE**

I, David H. Cutler, an attorney, certify that I served this notice and a copy of the motion by first class prepaid to the above named on June 13, 2008 before 5:00 for 8430 Gross Point Rd, Skokie Illinois 60077.

/s/ David Cutler
David H. Cutler

David Cutler
Attorney for Defendant
8430 Gross Point Rd, Ste 201
Skokie IL  60077
847/673-8600