UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Firma Handlowa Prima, et al.
                           Plaintiff,

v.                                                      Case No.: 1:08–cv–01232
                                                      Honorable Elaine E. Bucklo

Joseph Teluch, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: By request of the parties the status hearing set for 6/17/2008 is stricken and reset to 7/1/2008 at 10:00 a.m. By the Court's own motion, the motion by defendant, Wally's Market III, Inc. noticed for 6/30/2008 is reset to 7/1/2008 at 10:00 A.M. No appearance is necessary on 6/17/2008 and 6/30/2008. Mailed and telephoned notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.