**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Firma Handlowa Prima, et al.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−01232
                                                Honorable Elaine E. Bucklo

Joseph Teluch, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo:Status hearing held on 7/1/2008. Defendant Wally's Market has until 7/21/08 to file responsive pleading. Plaintiff's oral motion to find defendants Joseph Teluch and CKS Warta Soccer Club in default is granted. Prove−up hearing as to those defendants set for 8/6/2008 at 10:00 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.