UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FIRMA HANDLOWA PRIMA and ZDZISLAW NOGA | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 1232 |
| Vs. | ) ) | JUDGE:  BUCKLO |
| JOSEPH TELUCH, CKS WARTA SOCCER CLUB and WALLY'S MARKET III, INC. | ) ) ) | MAGISTRATE JUDGE:  NOLAN |
| Defendants. | ) ) | |

## WALLYS MARKET III, INC.
## ANSWER TO PLAINTIFFS' COMPLAINT

WALLY'S MARKET III, INC. ("Wallys"), by and through its attorneys, Cutler & Associates, Ltd., answers Plaintiffs' Complaint, as follows,

### NATURE OF THE CASE

1. Plaintiffs bring this action for damages and arising from their sale and delivery of consumer goods to the Defendants for a period of 2004 through 2006.  A summary of the goods sold by PRIMA and delivered to Defendants, and amounts owed therefore by Defendants, are attached hereto as Exhibit "A". The Defendants, and each of them, owe Plaintiffs $100,324.40 as full and final payment for the aforesaid goods.

ANSWER:    Defendant Wallys admits that this is an action for collection.  Wallys denies that Plaintiffs shipped it any goods, or delivered it any goods.  Wallys denies it purchased any goods from Plaintiffs and denies it owes any money to Plaintiffs.  Wallys denies purchasing any goods identified on Exhibit A.

### PARTIES

2. Plaintiff PRIMA is a Polish national company, doing business from and resident at its principal office located at UI. Grzegorzecka 79, 31-559 Krakow, Poland. Plaintiff NOGA is a principal of PRIMA and its President.

ANSWER:    Defendant Wallys is without information sufficient to form a belief as to the truth or falsity of this allegation and therefore demands strict proof thereof.

3. Defendant TELUCH is the organizer of, agent for and President of WARTA, which upon information and belief, operates as an unincorporated association. TELUCH and WARTA reside and do business from an office at 220 South Roselle Road, Schaumburg, Cook County, Illinois.

ANSWER: Wallys admits that Teluch is the organizer and president of Warta, an Illinois coporation. Wallys admits that Teluch and Warta reside and do business from 220 S Roselle Rd, Schaumburg, Illinois.

4. Defendant TELUCH is an employee of WALLY'S and acted as the agent of WALLY'S by purchasing of the subject goods from PRIMA for sale by WALLY'S at retail to the public.

ANSWER: Wallys admits Teluch is an employee of Wallys. Wallys denies that Teluch acted as the agent of Wallys by purchasing any goods from Prima. Answering further, Wallys states that the invoices attached to plaintiff's complaint belie Plaintiff's assertion of agency.

## JURISDICTION

5. This Court has jurisdiction of this case under 28 U.S.C. § 1332(a), since the matter in controversy exceeds the sum of $75,000 and is between citizens of the State of Illinois and a citizen of Poland.

ANSWER: Admitted.

## VENUE

6. Venue is proper in this Court pursuant to 28 U.S.C. §1391(a).

ANSWER: Admitted.

## FACTUAL ALLEGATIONS

7. Defendant TELUCH placed orders for consumer goods with PRIMA and received shipments of all of those ordered goods, as described in the invoices attached hereto as Group Exhibit "B".

ANSWER: Admitted.

8. TELUCH on behalf of himself, WARTA and WALLY'S ordered the goods listed in Group Exhibit B from Plaintiffs, intending that the goods be resold from WALLY'S retail locations and that he, WARTA and WALLY'S would profit from the retail sale.

ANSWER: Wallys denies that Tecluch ordered any goods on its behalf. Wallys lacks information sufficient to form a belief as to the truth or falsity of the remaining assertions contained in this allegation and therefore deny the same. Answering further, Wallys purchased various goods from Warta, sold them and paid Warta fully for all such goods.

9. WALLY'S received the subject goods upon shipment to the United States from Poland, and upon information and belief WALLY'S sold the goods from one or more of its retail stores located in Chicago and Niles, Illinois, for its own account and the account of TELUCH and WARTA.

2

ANSWER:     Denied.  Answering further, Wallys states that Wallys did not "receive" any goods from Prima.  Wallys purchased some of the goods identified on Exhibit B from Warta/Teluch and Wallys paid Warta for all such goods.

10.     Plaintiffs and TELUCH have stated and agreed that the net amount due and arising out of the dealings between them as alleged herein, to be $100,324.40.  Demand was made by Plaintiff to Defendants in that amount, TELUCH agreed to pay, but has not made payment.

ANSWER:     Wallys lack information sufficient to form a belief as to the truth or falsity of dealings between Plaintiffs and Teluch.  Wallys denies that Plaintiff made any demand on it for payments.

11.     In addition to $100,324.40, the Defendants are responsible to Plaintiffs for interest thereon on account of unreasonable and vexatious delay per applicable Illinois law.

ANSWER:     Denied.

WHEREFORE, defendant Wally's Market III, Inc. prays for judgment in its favor and against Plaintiffs, Firma Handlowa Prima and Zdzislaw Noga, together with an award for all of its cost and attorney fees for this lawsuit so wrongfully brought.

## AFFIRMATIVE DEFENSES

1.     All goods were sold to and shipped to CKS Warta as indicated on the invoices attached to the complaint as Exhibit B.  CKS Warta was a supplier to Wallys and Wallys paid CKS for all items which it purchased from it.  There is no common ownership between CKS and Wallys.  At all times relevant hereto, Wallys was a bona fide purchaser for value without any notice that Warta/Teluch had not made payments to Plaintiffs.

2.     The transaction at issue is governed by the Uniform Commercial Code.  There is no written agreement between Plaintiffs and Wallys nor is there any written documentation or correspondence between them.

3.     Plaintiff's assertion that Warta/Teluch was Wallys agent is misplaced.  The invoices at issue indicate that all materials were sold to and shipped to CKS Warta.  There is no indication that Warta was acting on Wallys behalf and nothing indicating that Plaintiff believed it was dealing with Wallys.

                                WALLY'S MARKET, III, INC.

                                By:  /s/ david cutler
                                        One of Its Attorneys

David Cutler
Cutler & Associates, Ltd.
8430 Gross Point Rd, Ste 201
Skokie IL  60077
847/673-8600