UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRMA HANDLOWA PRIMA and ZDZISLAW NOGA ) ) ) | |
| Plaintiff, ) | Case No. 08 C 1232 |
| Vs. ) ) | JUDGE: BUCKLO |
| JOSEPH TELUCH, CKS WARTA SOCCER CLUB and WALLY'S MARKET III, INC. ) ) ) | MAGISTRATE JUDGE: NOLAN |
| Defendant. ) | |

**NOTICE OF FILING**

To:   Andrew Y. Acker
      Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, PC
      105 South York Street, Ste 250
      Elmhurst IL 60126

On July 21, 2008 there was filed with the Clerk of Court at 219 South Dearborn Street, Chicago Illinois, the attached Answer and Affirmative Defenses, a copy of which is attached hereto and hereby served upon you.

/s/ David Cutler
David H. Cutler

**PROOF OF SERVICE**

I, David H. Cutler, an attorney, certify that I served this notice and a copy of the aforestated documents by first class prepaid to the above named on July 21, 2008 before 5:00 from 8430 Gross Point Rd, Skokie Illinois 60077.

/s/ David Cutler
David H. Cutler

David Cutler
Attorney for Defendant
8430 Gross Point Rd, Ste 201
Skokie IL  60077
847/673-8600