UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| FIRMA HANDLOWA PRIMA and ZDZISLAW NOGA, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH TELUCH, CKS WARTA SOCCER CLUB and WALLY'S MARKET III, INC., an Illinois corporation, <br><br> Defendants. | ) ) ) ) ) ) ) No. 08 C 1232 ) ) ) ) ) ) |

### PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS JOSEPH TELUCH AND CKS WARTA SOCCER CLUB PURSUANT TO FRCP 55

NOW COME the Plaintiffs, and for their Motion for Entry of Default Judgment Against Defendants Joseph Teluch and CKS Warta Soccer Club Pursuant to FRCP 55, rely upon the attached affidavits and further state as follows:

1. Plaintiffs filed their one-count breach of contract claim against Defendants on or about February 29, 2008, and caused summons to issue as to all Defendants.

2. Plaintiffs' breach of contract claim prayed for judgment to be entered against Defendants for an amount of liquidated damages of $100,324.40, plus interest and costs. (Complaint, *ad damnum*, p. 3.)

3. In March 2008, Plaintiffs requested Defendants waive service of summons pursuant to FRCP 4(d), however, Defendants failed and/or refused to do so.

4. On or about April 25, 2008, Plaintiffs were granted leave and caused to have alias summons

issue as to Defendants.

5. On or about May 20, 2008, Plaintiffs caused summons and a copy of the complaint to be served upon Defendants.

6. On or about June 6, 2008, Attorney David H. Cutler filed appearances on behalf of all Defendants.

7. On or about July 1, 2008, Defendant Wally's Market III, Inc., filed an extension of time to file its answer.

8. On or about July 1, 2008, none of the Defendants nor their counsel appeared for hearing before this Court.

9. As of the July 1, 2008, hearing, Defendants Joseph Teluch and CKS Warta Soccer Club had failed to file an answer to Plaintiff's Complaint.

10. During the July 1, 2008, hearing, this Court granted Plaintiffs' oral motion for entry of an order of default as to Plaintiffs' breach of contract claims against Defendants Joseph Teluch and CKS Warta Soccer Club.

11. On or about July 1, 2008, this Court entered an order of default against Defendants Joseph Teluch and CKS Warta Soccer Club, and continued this case to August 6, 2008, for prove-up of damages as to Defendants Joseph Teluch and CKS Warta Soccer Club, and then subsequently by order entered on July 29, 2008, continued this case to August 22, 2008, for prove-up.

12. This Court provided electronic notice as well as notice by mail to Defendants' attorney of the July 1, 2008, default order and notice to Defendants' attorney of the July 29, 2008, order continuing the hearing for prove-up of damages to August 22, 2008.

13. On August 15, 2008, Plaintiffs provided electronic notice to Defendants' attorney of this motion for entry of default judgment and notice of the hearing set for August 22, 2008.

14. Neither Defendants Joseph Teluch nor CKS Warta Soccer Club are infants or incompetent persons. (See, attached Affidavit of Kenneth Kubiesa.)

15. Neither Defendants Joseph Teluch nor CKS Warta Soccer Club are in military services. (See, attached Affidavit of Kenneth Kubiesa.)

16. Notice of Plaintiffs' Motion for Entry of Default Judgment Against Defendants Joseph Teluch and CKS Warta Soccer Club has been timely served pursuant to FRCP 55(b)(2).

17. Based upon the above, the Plaintiffs are seeking to have this Court enter a default judgment against Defendants Joseph Teluch and CKS Warta Soccer Club for the same liquidated damage amount Plaintiffs pray for in their Complaint, **$100,324.40**. (See, attached Affidavit of Plaintiff Noga.)

18. The Plaintiffs are seeking an award of 5% *per annum* pre-judgment interest in the amount of **$18,323.14** on the liquidated damage amount against Defendants Joseph Teluch and CKS Warta Soccer Club based upon 815 ILCS 205/2. (See, attached Affidavit of Kenneth Kubiesa.)

19. The Plaintiffs are seeking to be awarded their costs in the amount of **$436.00** incurred in this suit against Defendants Joseph Teluch and CKS Warta Soccer Club. (See, attached Affidavit of Plaintiff Noga.)

WHEREFORE, Plaintiffs pray that this Honorable Court grant their Motion for Entry of Default Judgment Against Defendants Joseph Teluch and CKS Warta Soccer Club Pursuant to FRCP 55, and thereby enter a default judgment in favor of Plaintiffs and against Defendants Joseph Teluch

and CKS Warta Soccer Club in the liquidated damage amount of **$100,324.40**, plus 5% *per annum* pre-judgment interest in the amount of **$18,323.14** on the liquidated damage amount, plus costs in the amount of **$436.00** incurred by Plaintiffs, and grant such further relief as this Court deems necessary and just.

Respectfully submitted,

By: _____
One of Plaintiffs' attorneys

Andrew Y. Acker
Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, P.C.
105 South York Street, Suite 250
Elmhurst, IL 60126
630-516-1800
Attorney No. 6211620