# AFFIDAVIT OF PLAINTIFF NOGA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| FIRMA HANDLOWA PRIMA and ZDZISLAW NOGA, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH TELUCH, CKS WARTA SOCCER CLUB and WALLY'S MARKET III, INC., an Illinois corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 08 C 1232 |

## AFFIDAVIT

After having been first duly sworn upon oath, your affiant Zdzislaw Noga does hereby depose and swear as follows:

1. I am over the age of 21 years and have personal knowledge of the facts alleged herein and could competently testify thereto if called upon to do so.

2. At all times relevant, I am employed by and the owner of Plaintiff, Firma Handlowa Prima ("Prima"), located in Krakow, Poland.

3. Prima is a Polish company in the business of the wholesale sale of consumer goods for export from Poland.

4. Defendant Joseph Teluch ("Teluch") resides at 220 South Roselle Road, Schaumburg, Cook County, Illinois.

5. Teluch is the organizer and president of Defendant, CKS Warta Soccer Club, also known

1

as CKS Warta, Inc. ("CKS"), an Illinois corporation and soccer club, whose principal place of business is 220 South Roselle Road, Schaumburg, Cook County, Illinois. Road, Schaumburg.

6. Teluch is also an employee of Defendant Wally's Market III, Inc. ("Wally's Market"), an Illinois corporation.

7. Wally's Market is a retail grocery store with its principal place of business in Cook County, Illinois.

8. In 2002 Teluch contacted Prima to place an order for the purchase of goods from Prima for shipment to CKS, 220 South Roselle Road, Schaumburg, Cook County, Illinois.

9. At that time, Teluch informed Prima that the goods ordered were intended to be sold at Wally's Market to raise funds for CKS.

10. At that time, Prima agreed to sell goods ordered by Teluch for shipment to CKS based upon Prima's quoted prices for such goods.

11. At that time in 2002, and continuing to May 2006, Prima shipped goods to CKS ordered by Teluch, and along with each order shipped Prima issued an Invoice itemizing the goods sold and the cost of the goods owed to Prima.

12. From 2002 to May 2006, Teluch made fourteen (14) total orders with Prima, and Prima issued fourteen (14) invoices for each order along with each shipment of goods to CKS.

13. At all times relevant, Teluch and CKS received from Prima each order of goods Teluch placed with Prima.

14. At all times relevant, Prima never received any notice from Teluch and/or CKS rejecting any of the goods ordered and shipped from Prima.

2

upon the following eight (8) outstanding invoices:

    A.    **$4,225.50** remaining for Invoice 2 dated February 12, 2004;

    B.    **$8,357.63** for Invoice 3 dated May 4, 2004;

    C.    **$9,783.68** for Invoice 4 dated May 4, 2004;

    D.    **$9,240.09** for Invoice 1 dated August 3, 2005;

    E.    **$7,050.72** for Invoice 2 dated August 3, 2005;

    F.    **$30,436.60** for Invoice 3 dated November 4, 2005;

    G.    **$14,012.39** for Invoice 1 dated February 21, 2006;

    H.    **$17,217.79** for Invoice 2 dated May 10, 2006.

(True accurate and correct copies of these eight (8) invoices are attached hereto as Affidavit Group Exhibit B.)

23.    Prima has incurred the following costs by way of its prosecution of this claim against Teluch and CKS:

    A.    **$350.00** for the cost of filing this lawsuit;

    B.    **$86.00** for the cost of obtaining service of summons on Teluch and CKS resulting from Teluch and CKS' failure and refusal to accept Prima's request for waiver of service of summons.

Further, affiant sayeth naught.

Date: 13.08.2008

_____
Zdzisław Noga,

4

KANCELARIA NOTARIALNA
Anna Papież - Notariusz
30-036 Kraków, ul.Mazowiecka 8
tel. 012/423 33 78
NIP 727-113-18-22    REGON 356791247

## KANCELARIA NOTARIALNA – Anna Papież Notariusz
### Repertorium A NR 4677/2008

Poświadcza się, że Pani **Zdzisław Julian Noga**, jak oświadcza używający imienia Zdzisław, syn Mariana i Zofii, PESEL 55043002997, zamieszkały w Krakowie (kod pocztowy: 30-218) przy ulicy Czeremchowej pod numerem 12, którego tożsamość ustalono na podstawie dowodu osobistego serii i numer AER 169861 z terminem ważności do dnia 21.07.2014 r. ---------------------- ----------------------------------------
w dniu dzisiejszym (13.08.2008 r.) w tutejszej Kancelarii Notarialnej z siedzibą przy ulicy Mazowieckiej nr 8 w Krakowie **w mojej obecności złożył własnoręcznie podpis** pod niniejszym dokumentem tj. Pismem z dnia 13.08.2008 r. -------------
Czynności niniejszej dokonano przy udziale tłumacza przysięgłego języka angielskiego - Pani Magdaleny Marii OWSIANY - SIDOR, córki Władysława i Ewy, PESEL 67052310420, zamieszkałej w Krakowie (kod pocztowy: 30-133) przy ulicy Lea pod numerem 158 m. 15, której tożsamość ustalono na podstawie dowodu osobistego serii i numer AGP 180912, z terminem ważności do dnia 11.07.2015 r., której uprawnienia do występowania w tym charakterze ustaliłam na podstawie Zaświadczenia Ministra Sprawiedliwości z dnia 07.04.2006 r. znak DO-V-0191-7698/05, zgodnie z którym została wpisana na listę tłumaczy przysięgłych Ministra Sprawiedliwości z dniem 11 stycznia 2006 r. pod numerem TP/1547/06. --------
Pobrano:---------------------------------------------------------------------------------------------------
- wynagrodzenie za dokonanie czynności notarialnej na podstawie §13 Rozporządzenia Ministra Sprawiedliwości z dnia 28 czerwca 2004 r. w sprawie maksymalnych stawek taksy notarialnej /Dz. U. Nr 148 poz.1564/ w kwocie 20,00 zł,---------------------------------------------------------------------------------
- podatek VAT w kwocie 4,40 zł na podstawie art.41 ustawy o podatku od towarów i usług z dnia 11 marca 2004 r. (Dz. U. Nr 54, poz. 535).------------------------------------------------------------------
Łącznie pobrano kwotę 24,40 zł (dwadzieścia cztery złote czterdzieści groszy).--------------------------
Kraków, dnia 13.08.2008 r.---------------------------------------------------------------------------------



Anna Papież
Notariusz

1




[Certified translation from the Polish language]---
[Translation from the original document]---
=====================================================

[stamp]:---
Notary Public Office ---
Notary Public Anna Papież ---
30-036 Kraków, ul.Mazowiecka 8---
Tel. (012) 423- 33 78---
NIP [ *Taxpayer Identification Number*]: illegible---
REGON [ *Statistical Number*]: 356791247---
Notary Public Office --
Notary Public Anna Papież---
Repertory Number A 4677/2008---
Hereby I certify that Mr. ZDZISŁAW JULIAN NOGA, using one name Zdzisław, son of Marian and Zofia, PESEL [ *Personal Identification Number*]: 55043002997, residing in 30-218 Kraków, ul. Czeremchowa 12, whose identity I established on the basis of the personal identity document No. AER 169861 valid until 21st July, 2014 **signed the document hereinabove** ( i.e. dated 13th August, 2008) **himself in my presence** on 13th August, 2008 in this Notary office with the seat at ul. Mazowiecka 8 in Krakow .----
This notary certification was effected with the participation of the certified translator of the English language Magdalena Owsiany-Sidor, daughter of Władysław and Ewa , PESEL [ *Personal Identification Number*]: 67052310420, residing in Krakow ( 30-133) at ul.Lea 158/15, whose identity I established on the basis of the personal identity document series and number AGP180912 valid until 11th July, 2015 licensed to practice as a certified translator of English by the Minister of Justice by virtue of the certificate dated 07th April, 2006 No. DO-V-0191-7698/05, entered in to the registry of certified translators of the English on 11th January, 2006 under the number TP/1547/06.---
A fee for a notary act was collected in compliance with § 13 of the ordinance of the Ministry of Justice dated June 28, 2004, (Journal of Laws, No.148, item 1564) on maximum notary charges, in the amount of PLN 20 + 22%VAT = 4.40 pursuant to the art. 41 of the Commodities and Services Tax Act dated March 11, 2004 ( Journal of Laws No.154 item 535) ---
Total collected: 24,40 PLN ( say: twenty four and 40 only).---
Krakow, 13th August, 2008---
[stamp]:---
Notary Public Anna Papież---
[signature legible]: A. Papież---
[round seal with the Emblem of the Republic of Poland and the circumscription: Anna Papież, Notary Public in Krakow]---

I, Magdalena Owsiany-Sidor, a certified translator of the English language, certify that the foregoing is a complete, true and accurate translation of the original document submitted to me.

Magdalena Owsiany-Sidor M.A.
Certified Translator of the English Language
ul.J.Lea 158/15, 30-133 Kraków
Tel.(+48) 12-636-46-74
Mobile:(+48) 601-19-09-04



Magdalena Owsiany-Sidor M.A.
Certified Translator of the English Language,
licensed by the Ministry of Justice, Poland
I certify that the foregoing is a complete,
true and accurate translation of the
original document.
No.: 1286/2008
Date: August 13, 2008
Signature: Magdalena Owsiany-Sidor