# AFFIDAVIT
# A

**Acknowledgement**

April 5, 2005

To Whom It May Concern,

I, Joseph Teluch (CKS WARTA, INC) will wire transfer $5,000.00 each month to Prima Co.

In Poland.

State of _IL_ , County of _Cook_
Signed before me on this _5_ day
of _April_ , 200 _5_ by _Joseph Teluch_ ,
Notary Public

"OFFICIAL SEAL"
Antonia Vravosinos
Notary Public, State of Illinois
My Commission Exp. 07/31/2008

AFFIDAVIT
A