# AFFIDAVIT
# OF
# KENNETH KUBIESA

Case 1:08-cv-01232　　Document 23-6　　Filed 08/15/2008　　Page 1 of 4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| FIRMA HANDLOWA PRIMA and ZDZISLAW NOGA, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH TELUCH, CKS WARTA SOCCER CLUB and WALLY'S MARKET III, INC., an Illinois corporation, <br><br> Defendants. | ) ) ) ) ) ) ) No. 08 C 1232 ) ) ) ) ) ) ) |

## AFFIDAVIT

After having been first duly sworn upon oath, your affiant Kenneth T. Kubiesa does hereby depose and swear as follows:

1. I am over the age of 21 years and have personal knowledge of the facts alleged herein and could competently testify thereto if called upon to do so.

2. At all times relevant, I am an attorney, duly licensed and in good standing to practice law in the State of Illinois and before the Northern District Court of Illinois.

3. At all times relevant, Plaintiff, Firma Handlowa Prima ("Prima") has retained me and my law firm, Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, P.C., to prosecute its breach of contract claim in this case.

4.. I have no reason to believe that Defendant, Joseph Teluch ("Teluch") is either an infant or an incompetent individual.

5. Based upon my search of public military and/or military locator databases, I have

discovered no evidence that Teluch is serving in the military.

6. I have reviewed the Affidavit of Zdzislaw Noga along with the exhibits attached to Mr. Noga's affidavit.

7. Based upon my knowledge, training and experience as an attorney, and based upon my knowledge of the facts alleged in Complaint and Mr. Noga's Affidavit, it is my opinion that the Illinois Business Transaction Interest Act (815 ILCS 205/1, *et seq.*) is applicable.

8. Based upon the liquidated amount of the breach of contract claim being sought, **$100,324.40**, and based upon an interest rate of 5% per annum as provided by 815 ILCS 205/2, Defendants Teluch and CKS Warta Soccer Club owe Plaintiff prejudgment interest from April 5, 2005, through August 22, 2008 (3 years and 235 days), the anticipated date default judgment is entered, an amount of prejudgment interest totaling **$18,323.14.** Further, affiant sayeth naught.

Date: Aug 15, 2008

Kenneth T. Kubiesa, one of Plaintiffs' attorneys

Subscribed and sworn before me
this 15 day of August, 2008.

_____
Notary Public

OFFICIAL SEAL
DONNA R DOESECKLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/25/11

2

This instrument prepared by:

Andrew Y. Acker
Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, P.C.
105 South York Street, Suite 250
Elmhurst, IL 60126
630-516-1800
Attorney No. 6211620