UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRMA HANDLOWA PRIMA and ZDZISLAW NOGA, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH TELUCH, CKS WARTA SOCCER, CLUB and WALLY'S MARKET III, INC., an Illinois corporation, <br><br> Defendants. | Case No.: 08 C 1232 |

### NOTICE OF MOTION

To:   See Attached Service List

On Friday, the 22nd day of August, 2008, at 9:30 a.m., I shall appear before her Honor, Judge Elaine E. Bucklo in courtroom 1441, or in her absence, before any other Judge that may be presiding in said courtroom at the Courthouse in Chicago, and shall then and there present:

**Plaintiffs' Motion for Entry of Default Judgment Against Defendants Joseph Teluch and CKS Warta Soccer Club Pursuant to FRCP 55**

a copy of which is attached hereto and hereby served upon you.

DATED:   This 15th day of August, 2008.

Respectfully submitted,

By:   /s/ Andrew Y. Acker

Andrew Y. Acker
Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, P.C.
105 South York Street, Suite 250
Elmhurst, IL 60126
(630) 516-1800

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a true and correct copy of the foregoing **Notice of Motion** and **Plaintiffs' Motion for Entry of Default Judgment Against Defendants Joseph Teluch and CKS Warta Soccer Club Pursuant to FRCP 55** to be served electronically on August 15, 2008 upon all attorneys of record via ECF.

/s/ Andrew Y. Acker

Andrew Y. Acker
Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, P.C.
105 South York Street, Suite 250
Elmhurst, IL 60126
(630) 516-1800

## SERVICE LIST
Prima et al.
v
Teluch, et al
08 C 1232

**Attorney for Defendants**
David H. Cutler
David H. Cutler & Associates, Ltd.
8430 Gross Point Road
Suite 201
Skokie, IL 60077
Tel. (847) 673-8600
Fax (847) 673-8636