# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1232 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Prima, et al. Vs. Teluch, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/1/08 at 9:30 a.m. Plaintiffs' motion for entry of default judgment against defendants Joseph Teluch and CKS Warta Soccer Club heard and the motion is granted. Accordingly, judgment is entered in favor of plaintiffs and against defendants Joseph Teluch and CKS Warta Soccer Club in the liquidated damage amount of $100,324.40, plus 5% per annum pre-judgment interest in the amount of $18,323.14 on the liquidated damage amount , and costs in the amount of $436.00. This judgment is entered pursuant to 54 (b) and there is no just reason for delay.

■[ For further details see text below.]     Notices mailed by Judicial staff.

**STATEMENT**

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|