# United States District Court
## Northern District of Illinois
**Eastern Division**

Prima, et al.                                          **JUDGMENT IN A CIVIL CASE**

       v.                                          Case Number: 08 C 1232

Teluch, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that, judgment is entered in favor of plaintiffs and against defendants Joseph Teluch and CKS Warta Soccer Club in the liquidated damage amount of $100,324.40, plus 5% per annum pre-judgment interest in the amount of $18,323.14 on the liquidated damage amount , and costs in the amount of $436.00. This judgment is entered pursuant to 54 (b) and there is no just reason for delay.

Michael W. Dobbins, Clerk of Court

Date: 8/29/2008                 _____

                                        /s/ Mathew P. John, Deputy Clerk